UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHAN WAGNER,

    Plaintiff,

    v.

SHITONG INDUSTRY AND TRADE CARSMITH MOTORS LTD, et al.,

    Defendants.

Case No.  23-cv-00160-KAW

ORDER TO SHOW CAUSE

This action was filed on January 12, 2023. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that April 12, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no proof of service has been filed.  Indeed, Plaintiff has not filed anything in this case since January 30, 2023.  The Case Management Conference (CMC), originally scheduled for April 18, 2023, was continued to August 15, 2023, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 9.)

IT IS HEREBY ORDERED that by no later than July 21, 2023, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: July 7, 2023

KANDIS A. WESTMORE
United States Magistrate Judge